UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-CV-60250 – Altonaga/O'Sullivan

LUIS SIERRA,

        Plaintiff,

v.

POLLO DE ORO, USA, CORP d/b/a
POLLO DE ORO, and SOUTHWEST
HOLLY, LLC,

    Defendants.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, LUIS SIERRA, and Defendants, POLLO DE ORO, USA, CORP d/b/a POLLO DE ORO, and SOUTHWEST HOLLY, LLC, by and through the undersigned counsel, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to the immediate dismissal of the above referenced action with prejudice, with the Court to retain jurisdiction for enforcement purposes, as the parties have amicably settled this matter. Each party shall bear his/its own attorneys' fees and costs.

AGREED and STIPULATED on this 22th day of May, 2017.

| | |
|---|---|
| /s/ Jessica L. Kerr | /s/ Alexander D. Varkas III |
| Jessica L. Kerr, Esquire | Alexander D. Varkas, Esquire |
| Florida Bar No. 92810 | Florida Bar No. 95773 |
| **THE ADVOCACY GROUP** | **SWEETAPPLE, BROEKER & VARKAS, PL** |
| 333 Las Olas Way, CU3 Suite 311 | 20 S.E. 3rd Street |
| Fort Lauderdale, FL 33301 | Boca Raton, Florida 33432 |
| Telephone: (954) 282-1858 | Telephone: (561) 392-1230 |
| Email: service@advocacypa.com | Email: pleadings@sweetapplelaw.com |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of May 2017, a true and correct copy of the foregoing document is being filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Jessica L. Kerr*
Jessica L. Kerr, Esquire
Florida Bar No. 92810